IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:24-CR-00082-~~BO-001~~ D

UNITED STATES OF AMERICA

v.

**ORDER TO SEAL**

CHRISTOPHER VAN SKIPPER

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 43

be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a

signed copy of the Order to the United States Attorney's Office and to Counsel for

Defendant.

IT IS SO ORDERED, this the _15_ day of August, 2025.

_____
JAMES C. DEVER III
United States District Judge