IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:24-CR-00082-~~BO-001~~ D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER OF RESTITUTION** |
| CHRISTOPHER VAN SKIPPER | |

Pursuant to the motion of the United States, the Court hereby ORDERS as follows:

Pursuant to 18 U.S.C. § § 2259 and 3664, the Defendant owes the following per joint agreement with the Government:

1. $3,000.00 is the amount of restitution due to April, payable to Restore the Child, PLLC in trust for April of the April Blonde series, 2522 N. Proctor Street, Suite 85, Tacoma, WA 98406;

2. $3,000.00 is the amount of restitution due to Aster, payable to "Restore the Child in Trust for Aster", Restore the Child, PLLC, 2522 N. Proctor Street, Ste. 85, Tacoma, Washington 98406

3. $5,0000 is the amount of restitution due to Sweet White Sugar Series: Pia, payable to Deborah A. Bianco, in trust for Pia, P.O. Box 6503, Bellevue> WA 98008

Pursuant to 18 U.S.C. § § 2259 and 3664, the Defendant owes the following:

4. $ _4,000_ is the amount of restitution due to Jenny, payable to Marsh

Law Firm PLLC in trust for Jenny of the Jenny series, Box 4668 #65135, New York, New York 10163;

5. $ __6,000__ is the amount of restitution due to Vicky Series: Lily, payable to Carol L. Hepburn I/T/F Lily, P.O. Box 17718, Seatle, Washington 98127;

The total amount of restitution ordered should be __21,000__ due and payable immediately.

So ORDERED this __19__ day of August, 2025.

_____Dever_____
JAMES C. DEVER III
United States District Judge